■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRELL COSTELLO, Appellant. [696 NYS2d 694] —Appeal by the

defendant from a judgment of the Supreme Court, Kings County (D'Emic, J.), rendered November 6, 1997, convicting him of assault in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his guilt of assault in the third degree is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10; *People v Udzinski,* 146 AD2d 245). In any event, viewing the evidence in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (*see,* CPL 470.15 [5]). Bracken, J. P., O'Brien, Santucci and Goldstein, JJ., concur.